# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Bethel Federal-UNIT JV ) | ASBCA No. 61980 |
| ) | |
| Under Contract No. W911KB-17-C-0022 ) | |

APPEARANCES FOR THE APPELLANT:  John P. Ahlers, Esq.
                                 Scott D. MacDonald, Esq.
                                   Ahlers Cressman & Sleight, PLLC
                                   Seattle, WA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                 Carl F. Olson, Esq.
                                 Kyle B. Davis, Esq.
                                   Engineer Trial Attorneys
                                   U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

This appeal was docketed on March 1, 2019. By letter dated March 14, 2019, appellant notified the Board that it wished to withdraw the appeal without prejudice to allow it to file a certified claim seeking a contracting officer's final decision. The government has indicated it does not object to this request. By Order dated March 26, 2019, the Board notified the parties it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: April 10, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61980, Appeal of Bethel Federal-UNIT JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals